**Order entered October 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00961-CV

**THE CITY OF BLUE RIDGE, Appellant**

**V.**

**FRANK RAPPOLD AND OLGA RAPPOLD, INDIVIDUALLY AND AS NEXT FRIEND OF K.R., A MINOR CHILD, AND OF F.R., JR., A MINOR CHILD, AND LINDA RAPPOLD, Appellees**

On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-05678-2017

## ORDER

Before the Court is appellant's September 30, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than October 14, 2019.

/s/     BILL WHITEHILL
        JUSTICE